# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

USDC for the Northern District of CA
Clerk's Office
450 Golden Gate Avenue
San Francisco, CA 94102



FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RE:**     **ANDREW JAMES DRISKEL vs. JAMES TILTON**
**USDC No.:**     **2:07–CV–01460–MCE–JFM**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
January 25, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 11.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 25, 2008**     /s/ **L. Mena–Sanchez**
_____

Deputy Clerk

RECEIVED BY:
_____

Please Print Name

DATE RECEIVED:
_____

NEW CASE
NUMBER:      **CV 08**      **0715**      **MMC**

**E-filing**      **(PR)**

# FILED

JUL 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Andrew James Driskel
        Via
ANDREW JAMES DRISKEL K..69530
San Quentin State Prison
San Quentin California  94974

## E-filing

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MHC
530

MMC

CV 08 - 0715

207 - N - 1460 MCE GGH HC

Andrew James Driskel
        Plaintiff/Secured party
        Number 7100364523

vs.

Director Secretary James Tilton
CALIFORNIA DEPARTMENT CORRECTIONS
REHABILITATIONS..PAROLE AND COMMUNITY
DIVISION...REGIONS 1-4

Emergency Writ of
Habeas Corpus Act 1
31 Car. 2  1679 (PR)

Demanding Injunction
for Illegal Restraint
false Imprisonment.

Attachment 1.. Order of
Immediate Release and
Hands Off Mandate.

Attachment 2. Restrain-
ing Order against Calif-
ornia Department of
Corrections and Rehabili-
tation.

Attachment 3. Order
Removal Release by United
States Marshall. Service

**Section II..Formal Invoice**

### JURISDICTION

Plaintiff  prior Debtor-Present secured Party/Sovereign as

of January 2007 with unlimited claims files this habeas Corpus

Injunction in that Defendant Director James Tilton of the Calif-

ornia Department Corrections and all Commercial Government entities

within  are located and or do business in the Eastern District of

California at Sacramento

1

Notwithstanding Plaintiff the Secured Party is on file in that same District..Secretary Of States Office 1500  11th street, and moves this  Sovereign District Court for Jurisdiction on this federal matter.

### Summary

The Department  of Treasury..State..via the Federal Reserve a private  entity on about 1913 through 1933 created the fraudu-lant fixture (Holder in due Course) using the Sight Draft/Birth certificate to create the all Capital letter TRADE NAME the corp-orate scheme used to create Plaintiffs Debtor (ANDREW JAMES DRISKEL) thereafter protecting all fraudulant prior and present entities in-volved through Joint House Resolution 192.

Secured Part/Sovereign as of January 2007 having become the secured individual # 7100364523 through the Secretary Of State per the redemption forwarded exact copy of document (UCC-1) by certified mail to department of Treasury Washington DC. and Accepted for Value all prior court proceeding befor January 2007.

Secured party with Superior Title over himself filed Habeas Corpus..Hands Off and restraining Order on about January 2007 against the local State agency>Parole and Community Services Div-sion in San Francisco California Unit 1, the immediate agent R. Ibay and his Supervisor I Vargas, San Francisco Superior Court, where-after secured Party served both partesfand returned to his home in Victorville California as the Superior Title Holder of Himself.

Secured party was stopped by a San Bernardine county Sheriffs officer on May 19,2007 (Traffic Violation) and secured party was arrested under the non secured title Corporate Trade Name ANDREW JAMES DRISKEL whereby a warrant had been placed on Febuary 23 2007

2

by the <u>fictitous commercial</u> corporate agency <u>CALIFORNIA DEPARTMENT</u> <u>OF CORRECTIONS</u> via Region II Unit I Parole and Community Service Division through agent Ibay and Supervisor Vargas Challenging the Uniform Commercial Code 1.. and Secured Party.

<u>Secured party/Sovereign 7100364523</u> hereby asserts his Right to freedom and thereby Demands this Injunction be imposed and moves this Sovereign District Court to <u>Rule on controlling Factor</u> <u>Fixture or Secured Party</u>, where after the Redemption effects illegal restraint of secured party.

Secured Party Andrew James Driskel 7100364523 after January 31, 2007 is being held under Illegal restraint, false imprisonment by the Director/Secretary James Tilton of the CALIFORNIA DEPARTMENT O|F CORRECTIONS a fictitous Commercial Corporate entity via The PAROLE COMMUNITY SERVICES DIVISION.

A. Secured Party was held by California Institution for Men Chino California from 5-20-07 to 6-5-07.

B. Secured Party as of 6-7-07 is now being held at San quentin State Prison Illegally, whereby both facilities are <u>parties in Interest</u> holding <u>Secured Party</u> <u>Of Interest</u>...,Notwithstanding the Computer generated Inmate Identification Cards  CDC 31 (12/91) confirms the fictitous existant commercial entity holding secured party through Secretary Director James Tilton, whereafter cited, under the Commerce Clause..United States Constitution Art 1§ 8 Cl 3 gives (only) <u>Congress</u> the <u>exclusive power</u> to <u>regulate</u> <u>commerce among the States with Foreign</u> <u>Nations and with IndianeTribes. The</u> <u>addendum hereafter Secured Party</u> the <u>Individual Nation # 7100364523.</u>

C. Secured Party reafirms the fictitous commercial entity by attaching the <u>Acc-</u> <u>ount number</u> and <u>Trade Name</u> as documented on trust account statement. Pg 5.

CONCLUSION


As the secure Party/Sovereign holding Superior Title over him-
self and having used the exact Documentation>Uniform Commercial Code 1
as the present Foreign Governor Arnold Schwarenegger to become a
Sovereign citizen.  Secured Party Demands that this Injuction be
imposed/granted and issued, and that this Sovereign District Court
render its ruling immeddiately...as to who the controlling factor is,
the Commercial Fictitous FIXTURE CALIFORNIA DEPARTMENT OF CORRECTIONS
or TheeSecured Party Andrew James Driskel who holds Superior Title,
whereafter the Uniform Commercial Code is none actionable in any
court of Lex, secured party must be acknowledged first.


Secured party in conclusion demands that Attachment 1 Order
of immediate release and Hands Off be signed...and that Attachment
2. Emergency Restraining Order be signed by this district Court
pending this courts decision, and that Attachment 3.  United States
Marshall Service be Ordered to serve all documents securing> secured
partys release.


Date_____July     16_____2007


/s/_____Andrew_L_Driskel_

Andrew James driskel


4

Case 3:08-cv-00715-MMC     Document 1     Filed 01/30/2008     Page 6 of 36

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU JUN. 29, 2007

COUNT NUMBER : K69530                    BED/CELL NUMBER: G 0000000000265
COUNT NAME   : DRISKEL, ANDREW JAMES          ACCOUNT TYPE: I
IVILEGE GROUP: U

TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

**RESPONSE:** RICH OR RITA
(415)-571-1767  (650) 878-9918
10  ALEY CT.  DAIY CITY  CA  94015

(650) 290  1816  OR  16 18

Gilmore
V-63708
BBN 5

Mikey
925-779-1623
or
510-878-2567

## PROOF OF SERVICE

Plaintiff/Secured Party with Unlimited claims as the secured Indi-
vidual 7100364523 above the age of 18 under the laws of the United
States Constitution, so sworn under Oath certified that the enclosed
documentation is true and that  it was mailed from San Quentin State
Prison

Dated this _16_ Day Of _July_ 2007

/s/ _Andrew D Driskel_

Andrew James Driskel
Secured Expiration Date
2037

SECTION II

Andrew James Driskel
Secured Party # 7100364523

FILED

JUL 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



v

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Director/Secretary James Tilton
California Department Of Corrections

Director Region 2 for the PAROLE
COMMUNITY SERVICES DIVISION

Irma Vargas Parole Agent III
Randy Ibay  Parole Agent I
Joe  Giglio Parole Agent I

2 07 - CV - 1 4 6 0 MCE GGH HC

FORMAL INVOICE

Affidavit for levy
Charge Back against
Infringment of Secured
Title.

. . . . . . . .

Secured Party #7100364523 the Superior Title Holder presents this formal
Invoice as Charge back for the illegal use of secured Individuals Negoti
able Instrument (Name) whereby after January 31,2007 any/all usage of Se-
cured Name should have been approved by secured party.

      A. On Febuary 2, 2007 and 23rd, 2007 Parole agent
      Ibay Documented Wrote and used secured partys
      name invidiously without permission exacting the
      encroachment..Totalling One Million Dollars
      at  500,000 thousand dollars per usage.

      B. On Febuary 23,2007 and May 21,2007 Parole agent
      III Irma Vargas approved, used, and documented
      secured partys name invidiously for adverse
      purposes without secured partys consent..At
      500,000 Dollars per usage a total of One Million

      C. On May 21,2007 Parole agent Joe Giglio used docu
      umented, and wrote secured partys REAL NAME Invidi
      ously/Discriminately without consent or permission
      the illegal encroachment totalling $ 500,000
      thousand Dollars.

All Individuals in interest being part of the fictitous corporate Scheme
illegal use of secured partys name, through Secretary James Tilton Director
California Department of Corrections (Rehabilitation) the intrastate com-
merce, whereafter each party in their private individual capacity became

liable, after receiving..viewing secured partys **uniform Commercial code filing statement**>Number 7100364523 thereafter filed in San Francisco Superior Court as a Hands Off. January 31,2007.

Secured party through chargeback levies Secretary James Tilton $10,000 000...million dollars for the use, compounded use..encroachment of secured partys Name..in his individual Capacity. and to each agent of record with common knowledge of secured partys position, whereby each named party in interest has Ten (10) days to respond to individual levy.

Post Dated this _____ 31st _____ day of _August_ 2007

/S/ Andrew L. Driskel

Andrew james Driskel Secured Party................

AFFIDAVIT OF SERVICE


Secured Party/Sovereign 7100364523 attachs this sworn Affidavit as
to the facts of record per documentation in support hereto fore,where-
by this legal process is recorded with/through the United States
District Court Clerks Office, and shall be empowered SINE DIE,cited
with honesty and without prejudice.


Dated this____31 st____Day of___August_____2007

m                                   /s/_____
                                        Andrew James Driskel
                                        Secured Party


COPIES TO


Secretary Director                          Randy Ibay
James Tilton of California                   Parole Agent I
Department Of corrections                    San Francisco  California
Sacramento California
                                             Joe Giglio Agent I
Birector Region 2                            San francisco  California
Parole Community Service Division
1515  Clay Street
Oakland California

Irma Vargas
Region II unit I
112 12th Street
San Francisco

JUL 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EX PARTE COURT ORDER

HABEAS CORPUS ACT 1
ORDER OF IMMEDIATE RELEASE
HANDS OFF.

2:07-CV-1460 MCE GGH HC

For the Secure Party Andrew james Driskel, attachs as the <u>Superior</u>
<u>Title Holder/Sovereign 7100364523</u> ddirecting this Affidavit through
this <u>Sovereign district Court Eastern District of California</u> at Sac-
ramento ordering the Immediate Release..Hands Off of Secured Party
(Individual) held in/at the <u>CALIFORNIA DEPARTMENT OF CORRECTIONS</u> under
<u>illegal</u> Authority of <u>Secretary>James Tilton,</u> Party in Interest
via PAROLE AND COMMUNITY SERVICES DIVISION..Region 2 Unit I ...held
under the <u>corporate title</u> <u>ANDREW JAMES DRISKEL</u>, Account <u>Number K 69530</u>

Notwithstanding in view of any delay by this Eastern District Court
beyond September 6, 2007 prior debtors release Date, the Language
Immediate Release..Hands Off shall apply to Parole Community Ser-
vices Division and the California Department of Corrections Reha-
bilitation.     So Ordered.

Dated This_____Day Of_____07

Judge_____
United states District Court
Eastern District of California

AFFIDAVIT OF SERVICE

Secured party/Sovereign # 7100364523 through this Sovereign
Eastern District Court attachs this affidavit of service for
documented information whereby each document shall be filed and
processed through the United States Marshalls Office.


Dated this____Day of_____2007


                              Judge_____
                                   United States District Court
                                   Eastern District Of California
                                   Sacramento, California
                                             95814


Secretary Director James Tilton
California Department Of Corrections
Sacramento California

Parole Community Service Division         Randy Ibay (and)
Region II Director                        Joe Giglio
1515 Clay Street                          Unit One Parole Agents
Oakland Claiforinia 94612                 112  12 th' Street
                                          San  Francisco CAlifornia
parole Community Services Division                  94103
Region II  Unit 1................
Supervisor Irma Vargas
112  12th .Street
San  Francisco California

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EX PARTE COURT ORDER

AFFIDAVIT OF SPECIFIC AVERMENT

EMERGENCY RESTRAINING ORDER
PENDING DISTRICT COURT DECI-
SION OF CONTROLLING FACTOR

SECURED AORTY OR FIXTURE

2:07-CV-1460 MCE GGH HC

For Secured Party Andrew James Driskel the Superior Title Holder
Sovereign # 7100364523 the court directs this Emergency Restraining
Order through this Sovereign District court..eastern district of
California..hereby orders Director/Secretary James Tilton of the
CALIFORNIA DEPARTMENT OF CORRETIONS REHABILITATION>PAROLE AND COMM-
UNITY DIVISION a Commercial Corporate Intrastate business he restrained
from any contact with secured party..not to come within (100)
feet of secured Individual pending this courts decision on controll-
ing factor, the fictitous fixture or secured party.

So Ordered

Dated This_____Day of_____07

**LODGED**

JUL 23 2007

CLERK, U.S.DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JUDGE_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SACRAMENTO CALIFORNIA

AFFIDAVIT OF SERVICE

Secured party/Sovereign # 7100364523 through this Sovereign
Eastern District Court attachs this affidavit of service for
documented information whereby each document shall be filed and
processed through the United States Marshalls Office.

Dated this____Day of_____2007

Judge_____

United States District Court
Eastern District Of California
Sacramento, California
95814

Secretary Director James Tilton
California Department Of Corrections
Sacramento California

Parole Community Service Division                  Randy Ibay (and)
Region II Director                                 Joe Giglio
1515 Clay Street                                   Unit One Parole Agents
Oakland Claifornia 94612                           112  12 th  Street
                                                   San  Francisco CAlifornia
parole Community Services Division                              94103
Region II   Unit 1.................
Supervisor Irma Vargas
112  12th   Street
San  Francisco California

UNITED SSTATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EX PARTE COURT ORDER

Affidavit Immediate Removal
Order>United States Marshall
Service..Remove..Receive the
Body for Release.

2:07-CV-1460 MCE GGH HC

Secured Party Andrew James Driskel attachs to this Sovereign District Court as the Superior Title Holder>Secured Individual No# 7100364523 whereby this United States district Court Orders the Removal of prior debtor ANDREW JAMES DRISKEL ACCOUNT NUMBER K 69530 illegally restrained..Incarcerated from his secured status.  Orderʃ the United states Marsdhall Service to serve all documents, and is ordered to Remove and Receive the Real Party of Interest Andrew James Driskel illegally held by Secretary /Director James Tilton of the CALIFORNIA DEPARTMENT OF CORRECTIONS/REHABILITATION, and or aay Corporate branch thereof..(HOLDING FACILITY IN INTEREST) So Ordered

Dated this_____Day Of_____2007

**LODGED**

JUL 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JUDGE_____

UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT
SACRAMENTO CALIFORNIA 95814

AFFIDAVIT OF SERVICE


Secured party/Sovereign # 7100364523 through this Sovereign
Eastern District Court attachs this affidavit of service for
documented information whereby each document shall be filed and
processed through the United States Marshalls Office.


Dated this____Day of_____2007


Judge_____ ____

            United States District Court
            Eastern District Of California
            Sacramento, California
                        95814


Secretary Director James Tilton
California Department Of Corrections
Sacramento California

Parole Community Service Division
Region II Director                      Randy Ibay (and)
1515 Clay Street                        Joe Giglio
Oakland Claifornia 94612                Unit One Parole Agents
                                        112  12 th  Street
                                        San  Francisco CAlifornia
parole Community Services Division                    94103
Region II  Unit 1.................
Supervisor Irma Vargas
112  12th  Street
San  Francisco California

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Andrew James Driskel
      Petitioner/Secured Party
      Number 7100364323

vs

Secretary James Tilton/Director
CALIFORNIA DEPARTMENT OF CORR-
ECTIONS/REHABILITATION, PAROLE
AND COMMUNITY SERVICES DIVISION

Acceptance For Value To
Proceed In Forma Pauperis
By Secured Party

UCC-1.....Federal Ruling
Fixture..vs..Secured Party

      Secured party #7100364523 being a Temporary Pauper declares
that I am the Real Party Of Unterest concerning this Federal issue
per the enclosed documentation, and that as the Secured party
Tertius Intervenious request to proceed without prepayment of
fees under 28 USC § 1915 being unable to secure funds until after
September 6, 2007, Notwithstanding as the real Party of Interest,
I am entitled to the relief in this claim and, declare under the
penalty of perjury that the above information is true and correct.

Date July 16, 2007

/s/s                        
Andrew James Driskel Secured Party

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

Victoria C. Minor                    501 "I" Street                    Divisional Office
Clerk of Court                       Sacramento, CA 95814              2500 Tulare Street
                                                                       Fresno, CA 93721

**July 23, 2007**

**Case Number:**    2:07−CV−01460−MCE−GGH


**Case Title:**    **ANDREW JAMES DRISKEL,**        vs.  **JAMES TILTON,**


Dear Litigant,

   You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

   All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4−200
Sacramento, CA 95814

   For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

   **Local Rule 5−133**  The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre−addressed postage−paid envelope for us to return your copy to you.

   **Local Rule 5−135**  Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

   **Local Rule 7−130**  Documents submitted to the court must be legible, on 8−½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre−punched with two (2) holes centered 2−¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

   **Local Rule 7−132**  Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6-142** A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30-250, 33-250, 34-250 and 36-250** Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83-182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status** The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916-441-4396 or 916-441-4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

                    Victoria C. Minor
                    Clerk of Court
                    United States District Court

                    by: /s/ J. Anderson
                    Deputy Clerk

The following is a sample Proof of Service. Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5–135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title) _____

        Plaintiff or Petitioner

V.                                Case Number: 2:99–CV–99999 ABC DFG
                                (example case no.)

_____
        Defendant or Respondent

                                **SAMPLE PROOF OF SERVICE**

_____ /

I hereby certify that on    (Date)_____, I served a copy

of the attached   (Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at   (Location of Mailing)_____:

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73-305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk
501 I Street, Room 4-200
Sacramento, CA 95814

Office of the Clerk
2500 Tulare Street , Suite 1501
Fresno, CA 93721

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

<u>ANDREW JAMES DRISKEL,</u>
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. <u>2:07-CV-01460-MCE-GGH</u>

<u>JAMES TILTON,</u>
Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF
A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE
SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐   **CONSENT TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

   In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by the
Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____       Signature: _____

                              Print Name: _____
                              ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                              ( ) Counsel for *_____

---

☐   **DECLINE OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

   Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____       Signature: _____

                              Print Name: _____
                              ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                              ( ) Counsel for *_____

---

*If representing more than one party, counsel must indicate name of each party responding.*

Andrew James Driskel
    via
ANDREW JAMES DRISKEL K-69530
San Quentin State _Prison____
San Quentin California



**FILED**

AUG 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Andrew James Driskel
      Plaintiff and
      Secured Party

                             LOCAL RULE 6-142
                             Notice for Extension
                             of time.

vs                               Case # 2:07-CV-01460  KCE GGH

James Tilton Secretary Director
CALIFORNIA DEPARTMENT OF CORREC-
TIONS (REHABILITATION) PAROLE AND
COMMUNITY DIVISION.

                               Court
   Through this Sovereign District in order to deliver a just
decision and or ruling, Plaintiff seeks continuance on the pre-
mise of Real Documents on file at the department of Treasury and
Secretary Of States office, whereby Plaintiff/secured party shall
be able to obtain and mail legal documents after September 2007 to
formulate , speaking Demurrer, protecting secured partys position.

Dated this _18_ Day Of _August_ 07

                         /s/ Andrew J. Driskel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Andrew James Drsiekl                        Case #CV   1460 MCE GGH
    Plaintiff/Secured Party

v

James Tilton Secretary Department of
Correction for State California


I hereby certify that on this _18 Day of Aug_ of _2007_
I served a copy of the attached notice for extension of time by
placing a copy in a postage paid envelope addressed to the here-
inafter listed agency by depositing said envelope in the United
States mail at San Quentin State Prison.


I declare under penalty of perjury that the foregoing is true
and correct

/s/

Andrew Driskel   (Secured Party) Sovereign
c/o Go Productions
762 Fulton Street   # 303
San Francisco California    94102



FILED

JAN 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

                    2-07-CV-1460
                    MCE-GGH


UNITED STATES DISTRICT COURT
CLERKS   OFFICE
501 IStreet
                    Suite     4200
SACRAMENTO CALIFORNIA

          95814




Please be advised theat my new address is as follows until
further notice.  Please extend all legal material to this
address...................................................


                    See  Address above.


                    Thank You
                 /s/ _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

*Andrew James Diskel*
Petitioner

vs.

*Secretary: James Tilton*
Respondent(s)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**FILED**

JUL 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**CASE NUMBER:**   2:07 - CV - 1460 MCE GGH HC

I, _Andrew James Diskel_, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☑ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _San Quentin State Prison_

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☐ Yes   ☑ No

   a.   If the answer is "Yes" state the amount of your pay.

   b.   If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a.   Business, profession or other <u>self-employment</u>   ☑ Yes   ☐ No *Paralegal*

   b.   Rent payments, interest or dividends   ☑ Yes   ☐ No

   c.   Pensions, annuities or life insurance payments   ☐ Yes   ☑ No

   d.   Disability or workers compensation payments   ☐ Yes   ☑ No

   e.   Gifts or inheritances   ☐ Yes   ☑ No

   f.   Any other sources   ☐ Yes   ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts? ☐ Yes ☐ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                    ☐ Yes    ☑ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?                    ☐ Yes    ☑ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7- 10 - 2007
DATE

SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ or account to his/her credit at

_____ SAN QUENTIN _____ (name of institution). I further certify that during the past six months

the applicant's average monthly balance was $_____. I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

7-13-07
DATE

SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU JUN. 29, 2007

```
ACCOUNT NUMBER : K69530                    BED/CELL NUMBER: G 0000000000265
ACCOUNT NAME   : DRISKEL, ANDREW JAMES          ACCOUNT TYPE: I
PRIVILEGE GROUP: U
```

TRUST ACCOUNT ACTIVITY

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

CLOSED, HABEAS

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01460-MCE-JFM

(HC) Driskel v. Tilton                              Date Filed: 07/23/2007
Assigned to: Judge Morrison C. England, Jr          Date Terminated: 01/25/2008
Referred to: Magistrate Judge John F. Moulds        Jury Demand: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)   Nature of Suit: 530 Habeas Corpus (General)
                                                    Jurisdiction: Federal Question

**Petitioner**                                                         *NEW ADDRESS*
                                                                          *1/23*
**Andrew James Driskel**              represented by  **Andrew James Driskel**   *DOCKET #10*
                                                      c/o Go Productions
                                                      762 Fulton Street
                                                      Suite 303
                                                      San Francisco, CA 94102
                                                      PRO SE

V.

**Respondent**

**James Tilton**
*California Department of Corrections and
Rehabilitations*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by Andrew James Driskel.(Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 2 | AFFIDAVIT for levy charge back against infringment of secured title by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 3 | REQUEST (Order) for immediate release hands off by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 4 | AFFIDAVIT of specific averment emergency restraining order pending district court decision of controlling factor by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 5 | AFFIDAVIT immediate removal order United States Marshall Services, Receiv the body for release by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 6 | APPLICATION to proceed IFP by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 7 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms) (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | | SERVICE BY MAIL: 7 Prisoner New Case Documents for MCE served on Andrew James Driskel (Anderson, J) (Entered: 07/23/2007) |
| 08/23/2007 | 8 | NOTICE by Andrew James Driskel re request for ext of time to obtain and mail legal |

| | | documents. (Kastilahn, A) (Entered: 08/24/2007) |
|---|---|---|
| 01/17/2008 | 9 | ORDER REASSIGNING CASE signed by Judge Garland E. Burrell Jr. on 1/17/08 ORDERING the case reassigned to Judge John F. Moulds for all further proceedings. Judge Gregory G. Hollows no longer assigned to case.(Donati, J) (Entered: 01/17/2008) |
| 01/17/2008 | | SERVICE BY MAIL: 9 Order Reassigning Case served on Andrew James Driskel (Donati, J) (Entered: 01/17/2008) |
| 01/23/2008 | 10 | NOTICE of CHANGE of ADDRESS by Andrew James Driskel C/O Go Productions, 762 Fulton Street #303, San Francisco, CA 94102. (Becknal, R) (Entered: 01/24/2008) |
| 01/25/2008 | 11 | ORDER signed by Magistrate Judge John F. Moulds on 1/24/08 ORDERING that This court has not ruled on Petitioner's request to proceed in forma pauperis. This matter is TRANSFERRED to the United States District Court for the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Mena-Sanchez, L) (Entered: 01/25/2008) |
| 01/25/2008 | | SERVICE BY MAIL: 11 Order, Case Transferred Out to Another District, served on Andrew James Driskel. (Mena-Sanchez, L) (Entered: 01/25/2008) |
| 01/25/2008 | 12 | TRANSMITTAL of DOCUMENTS re 11 Order, Case Transferred Out to Another District, on *1/25/2008* to * USDC for the Northern District of CA* *Clerk's Office* *450 Golden Gate Avenue* *San Francisco, CA 94102*. *Electronic Documents: 1 to 11. *. (Mena-Sanchez, L) (Entered: 01/25/2008) |
| 01/25/2008 | 13 | RESERVICE OF DOCUMENTS: re 11 Order, Case Transferred Out to Another District addressed to all parties. (Duong, D) (Entered: 01/25/2008) |
| 01/25/2008 | | SERVICE BY MAIL: 11 Order, Case Transferred Out to Another District,, 13 Reservice of Documents served on Andrew James Driskel. (Duong, D) (Entered: 01/25/2008) |
| 01/25/2008 | 14 | MAIL RETURNED as Undeliverable 9 Order Reassigning Case. Mail sent to Andrew James Driskel. (RTS-Parole) (Matson, R) (Entered: 01/28/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/29/2008 13:34:24 | | |
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:07-cv-01460-MCE-JFM |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" Street
### Sacramento, CA 95814

USDC for the Northern District of CA
Clerk's Office
450 Golden Gate Avenue
San Francisco, CA 94102

**RE:**          **ANDREW JAMES DRISKEL vs. JAMES TILTON**
**USDC No.:**    **2:07–CV–01460–MCE–JFM**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
January 25, 2008 , transmitted herewith are the following documents.

#### Electronic Documents: 1 to 11.

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 25, 2008**          /s/ **L. Mena–Sanchez**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER:

1 offense. Instead, they trigger the execution of the conditions of the original sentence for the
2 offense of which the defendant has already been convicted.") As a general rule, "[t]he proper
3 forum to challenge the execution of a sentence is the district where the prisoner is confined."
4 <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at San Quentin
5 State Prison in San Quentin, County of Marin, which lies in the Northern District of California.
6 See 28 U.S.C. § 84(a).

7 Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the
8 district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
9 state prisoners. It does not appear that petitioner was convicted in this district, nor is he presently
10 confined here. For that reason, this court does not have jurisdiction to entertain the application.
11 In the interest of justice, this court may transfer this action "to any other district where it might
12 have been brought." 28 U.S.C. § 1404(a). For the reasons set forth above, the most appropriate
13 forum for the instant action is the district where petitioner is confined. Therefore, in the interest
14 of justice, this action will be transferred to the United States District Court for the Northern
15 District of California.

16 In accordance with the above, IT IS HEREBY ORDERED that:

17 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

18 2. This matter is transferred to the United States District Court for the Northern
19 District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

20 DATED: January 24, 2008.

UNITED STATES MAGISTRATE JUDGE

24 12
25 dris1460.108b

2

CLOSED, HABEAS

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01460-MCE-JFM
## Internal Use Only

(HC) Driskel v. Tilton
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge John F. Moulds
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/23/2007
Date Terminated: 01/25/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Andrew James Driskel**

represented by **Andrew James Driskel**
k-69530
SAN QUENTIN STATE PRISON (SQ-2)
SAN QUENTIN, CA 94974
PRO SE

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated_____

V.

**Respondent**

**James Tilton**
*California Department of Corrections and Rehabilitations*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 2 | AFFIDAVIT for levy charge back against infringment of secured title by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 3 | REQUEST (Order) for immediate release hands off by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 4 | AFFIDAVIT of specific averment emergency restraining order pending district court decision of controlling factor by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 5 | AFFIDAVIT immediate removal order United States Marshall Services, Receiv the body for release by Andrew James Driskel. (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | 6 | APPLICATION to proceed IFP by Andrew James Driskel. (Anderson, J) |

| | | (Entered: 07/23/2007) |
|---|---|---|
| 07/23/2007 | ●7 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms) (Anderson, J) (Entered: 07/23/2007) |
| 07/23/2007 | ● | SERVICE BY MAIL: 7 Prisoner New Case Documents for MCE served on Andrew James Driskel (Anderson, J) (Entered: 07/23/2007) |
| 08/23/2007 | ●8 | NOTICE by Andrew James Driskel re request for ext of time to obtain and mail legal documents. (Kastilahn, A) (Entered: 08/24/2007) |
| 01/17/2008 | ●9 | ORDER REASSIGNING CASE signed by Judge Garland E. Burrell Jr. on 1/17/08 ORDERING the case reassigned to Judge John F. Moulds for all further proceedings. Judge Gregory G. Hollows no longer assigned to case.(Donati, J) (Entered: 01/17/2008) |
| 01/17/2008 | ● | SERVICE BY MAIL: 9 Order Reassigning Case served on Andrew James Driskel (Donati, J) (Entered: 01/17/2008) |
| 01/23/2008 | ●10 | NOTICE of CHANGE of ADDRESS by Andrew James Driskel C/O Go Productions, 762 Fulton Street #303, San Francisco, CA 94102. (Becknal, R) (Entered: 01/24/2008) |
| 01/25/2008 | ●11 | ORDER signed by Magistrate Judge John F. Moulds on 1/24/08 ORDERING that This court has not ruled on Petitioner's request to proceed in forma pauperis. This matter is TRANSFERRED to the United States District Court for the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Mena-Sanchez, L) (Entered: 01/25/2008) |
| 01/25/2008 | ● | SERVICE BY MAIL: 11 Order, Case Transferred Out to Another District, served on Andrew James Driskel. (Mena-Sanchez, L) (Entered: 01/25/2008) |



TATES DISTRICT COURT
DISTRICT OF CALIFORNIA
F THE CLERK
ET, SUITE 4-200
NTO, CA 95814-2322

SINESS

049J82023891

$ 00.970

01/25/2008

Mailed From 95814
US POSTAGE

RECEIVED

JAN 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA