IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES DRISKEL, ) | No. C 08-0715 MMC (PR) |
| Petitioner, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| JAMES TILTON, ) | |
| Respondent. ) | |

On July 23, 2007, petitioner, a California prisoner incarcerated at San Quentin State Prison and proceeding pro se, filed in the United States District Court for the Eastern District of California the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges the revocation of petitioner's parole. On January 23, 2008, petitioner notified the Eastern District that his address had changed to a street address in San Francisco; on January 25, 2008, the Eastern District transferred the petition to the Northern District. On January 30, 2008, the date the petition was received and filed in this district, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved non-prisoner in forma pauperis ("IFP") application. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's non-prisoner IFP application, instructions for completing it, and a return envelope. Petitioner has not responded to the deficiency notice.

As more than thirty days have passed since the deficiency notice and petitioner has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 30, 2008

MAXINE M. CHESNEY
United States District Judge